| Debtor 1 | Lisa Marie Phillips | Case number *(if known)* | 21-40646 |
|---|---|---|---|

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

*/s/ Holly Henson*
Signature of Attorney for Debtor

Date **November 9, 2021**
MM / DD / YYYY

**Holly Henson 10698**
Printed name

**Recovery Law Group**
Firm name

**1843 Broadway Ave**
**Ste #203**
**Boise, ID 83706**
Number, Street, City, State & ZIP Code

Contact phone **(866) 688-0829**     Email address **hhenson@recoverylawgroup.com**

**10698 ID**
Bar number & State

Official Form 101     **Voluntary Petition for Individuals Filing for Bankruptcy**     page 7