Kathleen A. McCallister
Chapter 13 Trustee
P.O. Box 1150
Meridian, ID  83680
(208) 922-5100 - Telephone
(208) 922-5599 - Facsimile
kam@kam13trustee.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 13 |
| | ) | Case No.  21-40646-JMM |
| LISA MARIE PHILLIPS | ) | |
| | ) | MINUTES OF 341(a) MEETING |
| | ) | OF CREDITORS |
| _____ | ) | |

DATE OF 341(A) MEETING: 01/03/2022

LOCATION OF MEETING: Telephonic

DATE CASE FILED:  11/09/2021

RECORDING TRACK NUMBER: 13

1. Debtor(s) were sworn and examined.

2. Debtor(s)' attorney was present.

3. Debtor(s)' identification was verified.

4. Debtor(s)' social security number was verified.

5. The following creditors appeared at the meeting: None.

6. The meeting was adjourned.

DATED:        January 3, 2022

                                                **/s/  Kathleen McCallister**
                                                **Kathleen McCallister, Trustee**