**UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO**

In re:

LISA M. PHILLIPS

Debtor

No. 21-40646-JMM

ORDER ON WITHDRAWAL OF DEBTOR'S COUNSEL

Upon consideration of the pleadings, the record, and the argument of the parties at the hearing on February 15, 2022, the Court hereby GRANTS the withdrawal of Debtor's Counsel Holly Henson in the above entitled matter.

Pursuant to LBR 9010(f)(2), the Court finds that the Debtor has appeared in person in the bankruptcy case [1] and thus there is no need to delay by 21 days any action concerning the Debtor in the bankruptcy case.



DATED: February 22, 2022

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

The Court entered its own order to replace the proposed order submitted by counsel.

---

[1] The Debtor appeared at the hearing on February 15, 2022 and urged the Court to dimiss the chapter 13 case based on her motion. That motion to dismiss under 11 USC § 1307(b) was granted and a written order is forthcoming. The only issues remaining in the bankruptcy case, that the Court reserved on dismissal under 11 U.S.C. § 349((b), are the disputes between Debtor and her counsel regarding counsel's entitlement to payment of unpaid fees, including from the payments held by the chapter 13 Trustee, and the Debtor's argument that fees and costs paid to counsel should be disgorged.

ORDER ON WITHDRAWAL
OF COUNSEL - 1