Kathleen A. McCallister
Chapter 13 Trustee
P.O. Box 1150
Meridian, ID 83680
(208) 922-5100 - Telephone
(208) 922-5599  - Facsimile
kam@kam13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| IN RE: | CHAPTER 13 |
|---|---|
| Lisa Marie Phillips | CASE NO. 21-40646-JMM |

**TRUSTEE'S RESPONSE TO COUNSEL'S APPLICATION**
**FOR ATTORNEY'S FEES IN DISMISSED CASE**

NOW COMES Kathleen A. McCallister, the standing Chapter 13 Trustee for the United States Bankruptcy Court for the District of Idaho and as for her Response to Counsel's Application for Attorney's fees in a case dismissed prior to confirmation states that Counsel is seeking fees of $1922 with a balance due of $300.  Trustee has received the sum of $300 from the Debtor prior to dismissal and the sum of $813.49 from pre-petition garnishments.  Consequently, the sum of $270 is available for attorney's fees ($300 less Trustee's fees of $30) and the sum of $813.49 which were not plan receipts should be refunded to the garnishing creditor.  Trustee has no objection to the application for fees to the extent funds are available.

Wherefore, Trustee has no objection to Counsel's Application for Attorney's to the extent funds are available.

DATED:  March 23, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/  Kathleen McCallister
　　　　　　　　　　　　　　　　　　　　　　　　　**Kathleen McCallister, Trustee**

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 23, 2022, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

**Holly Henson**
**a**ttorney at Law
hollyhensonlaw@outlook.com

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

**Lisa Marie Phillips**
**245 East Main Street**
**Wendell, ID 83355**

      **/s/ Kathleen McCallister**
      **Kathleen McCallister**